COMMONWEALTH of Pennsylvania,
Respondent

v.

Anthony Darrell HEATH, Petitioner

No. 177 MAL 2017

Supreme Court of Pennsylvania.

August 30, 2017

## ORDER

PER CURIAM

AND NOW, this 30th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Petitioner

v.

Kareem Omar Von EVANS,
Respondent

No. 307 MAL 2017

Supreme Court of Pennsylvania.

August 30, 2017

## ORDER

PER CURIAM

AND NOW, this 30th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

William DRUMMOND, Petitioner

No. 136 EAL 2017

Supreme Court of Pennsylvania.

August 30, 2017

## ORDER

PER CURIAM

AND NOW, this 30th day of August, 2017, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court **VACATED**, and the case **REMANDED** to that court for further proceedings, in light of *Commonwealth v. Mills*, 2017 WL 2645649 (Pa. 2017).